# EXHIBIT A





Powered by Google Translate

# Civil Court Case Information - Case History

## Case Information

Case Number:   CV2020-011169          Judge:      Kemp, Michael
File Date:     9/14/2020              Location:   Downtown
Case Type:     Civil

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Carli Cox | Plaintiff | Female | Michael Petitti |
| Evening Entertainment Group L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 9/25/2020 | AFS - Affidavit Of Service | 10/1/2020 | |
| NOTE: EVENING ENTERTAINMENT LLC | | | |
| 9/17/2020 | NJT - Not Demand For Jury Trials | 9/21/2020 | |
| NOTE: Demand for Jury Trial | | | |
| 9/14/2020 | COM - Complaint | 9/14/2020 | |
| NOTE: Complaint | | | |
| 9/14/2020 | CSH - Coversheet | 9/14/2020 | |
| NOTE: Civil Cover Sheet | | | |
| 9/14/2020 | CCN - Cert Arbitration - Not Subject | 9/14/2020 | |
| NOTE: Certificate Of Compulsory Arbitration - Is Not Subject To | | | |
| 9/14/2020 | SUM - Summons | 9/14/2020 | |
| NOTE: Summons | | | |

## Case Calendar

There are no calendar events on file

## Judgments

There are no judgments on file

# EXHIBIT B

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
9/14/2020 3:09:54 PM
Filing ID 12000342

Person/Attorney Filing: Michael Petitti
Mailing Address: 5090 N. 40th Street, Suite 207
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)718-3330X5001
E-Mail Address: mjp@shieldspetitti.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011667, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Carli Cox
Plaintiff(s),
v.
Evening Entertainment, L.L.C.
Defendant(s).

Case No. **CV2020-011169**

**SUMMONS**

To: Evening Entertainment, L.L.C.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZTurboCourt.gov Form Set #4959722

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *September 14, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #4935722

2

# EXHIBIT C

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
9/14/2020 3:09:54 PM
Filing ID 12000339

**SHIELDS PETITTI, PLC**
**Michael J. Petitti, Jr. – 011667**
**Paige C. Pataky – 029951**
**5090 N. 40th Street, Suite 207**
**Phoenix, Arizona 85018**
**Telephone: (602) 718-3330**
**Facsimile: (602) 675-2356**
**E-Mail: mjp@shieldspetitti.com**
**E-Mail: pcp@shieldspetitti.com**

Attorneys for Plaintiff

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| CARLI COX, | No.  CV2020-011169 |
| Plaintiff, | |
| v. | **COMPLAINT** |
| EVENING ENTERTAINMENT GROUP, L.L.C., | |
| Defendant. | |

Plaintiff Carli Cox ("Plaintiff"), for her cause of action against Defendant Evening Entertainment Group, L.L.C., alleges:

### GENERAL ALLEGATIONS
### (Parties and Jurisdiction)

1.     Plaintiff is a resident of Maricopa County, State of Arizona and was a resident of Maricopa County during all relevant times.

2.     Defendant Evening Entertainment Group, L.L.C. ("Defendant") is an Arizona corporation authorized to and doing business in the State of Arizona.  Defendant operates

1172620.1

several establishments, including Bottled Blonde in Scottsdale, Arizona.

3.    Defendant has committed actions and caused events to occur in the County of Maricopa, State of Arizona, which are the foundation of this action and out of which this action arises.  Accordingly, jurisdiction and venue are proper in this Court.

### (Assignment of Tier)

4.    Pursuant to Rule 26.2, *Arizona Rules of Civil Procedure*, this case should be assigned to Tier 2.

### (Nature of Action)

5.    This is an action brought by Plaintiff to vindicate violations of Title VII of the Civil Rights Act of 1964, as amended ("Title VII").

### (Jury Demand)

6.    Pursuant to Rule 38, *Arizona Rules of Civil Procedure*, Plaintiff demands a jury trial.

### FACTS COMMON TO ALL CLAIMS FOR RELIEF

7.    Plaintiff began as a bartender for Bottled Blonde in Scottsdale, Arizona in August 2019.  Soon after she started, she experienced sexual harassment on multiple occasions from Defendant's employee, Caleb Sommers.  Mr. Sommers would brush by Plaintiff and touch her inappropriately.  Initially, Plaintiff tried to ignore the conduct. Sommers also repeatedly asked Plaintiff out for drinks.  Each time, Plaintiff told him she was not interested.

1172620.1

8.      Sommers' conduct, however, continued and, in fact, became much more threatening.  For example, on several occasions, Sommers grabbed Plaintiff's butt and her vaginal area and slid his fingers between her butt cheeks mimicking a credit card swipe. Sommers' conduct continued despite Plaintiff's efforts to have him stop it.

9.      Finally, in early October 2019, Plaintiff complained about the sexual harassment to Bottled Blonde's General Manager, Charlie Brooks.   Mr. Brooks acknowledged that he had already dealt with and reprimanded Sommers previously for the same issue but promised that he would "take care of it."

10.     On October 10, 2019, Sommers was evidently fired.  Mr. Brooks sent a group text to Defendant's Bottled Blonde employees stating that sexual harassment would not be tolerated.  Plaintiff assumed this was the end of it.

11.     However, in the immediate aftermath of Sommers' firing, Plaintiff first met with hostility from her coworkers who made uncomfortable comments loud enough for her to hear.  More importantly, her good faith reporting of the sexual harassment had an impact on the terms and conditions of her employment.  For instance, after she raised her concerns about sexual harassment with Brooks, she was moved from the main bar to the "Beer Tub" on Friday and Saturday nights.  The main bar is far more lucrative and desirable than the Beer Tub.  Defendant's Employees do their best to avoid the Beer Tub, especially the Friday and Saturday night shifts at the Beer Tub.  Plaintiff was told that there would be a rotation and that she would not be at the Beer Tub every weekend shift.  But, Plaintiff ended up

1172620.1

being the only bartender who worked the Beer Tub every weekend and event night.

12.     Then, in mid-November 2019, Plaintiff noticed Sommers sitting at Bottled Blonde's bar near closing time.  Plaintiff was upset to see him there while she was working.  Sommers left at closing time but returned around 3 a.m. and was talking to the Bar Manager, among others, while Plaintiff and other bartenders were counting their tips.  Plaintiff was extremely distraught that Defendant's management allowed Sommers, who had been terminated for sexually harassing her, to be on the premises after hours, particularly while she was working.  She approached her Manager and informed him about her unease.  Finally, he asked Sommers to leave.

13.     On December 16, 2019, Defendant held its Holiday party at Casa Amigos and Sky Lanes.  Once again, Plaintiff saw Sommers at the bar.  She approached him and asked him why he was there.  He arrogantly replied that he had been rehired by Defendant.  Plaintiff was stunned.  The revelation made her uncomfortable, and she left the party shortly thereafter.  She later confirmed that Sommers had been rehired to work at another Defendant establishment.

14.     Plaintiff was going to be required to interact with Sommers.  For example, in addition to the Holiday party, Defendant holds weekly outings at rotating Defendant locations.  These outings are mandatory, and the consequences for not showing up include not getting desirable shifts the following week.

15.     On January 6, 2019, Plaintiff went to Defendant's corporate office to report

1172620.1

her good faith concerns about Sommers showing up at Bottled Blonde while she was working, his rehire, and the fact that she would continue to see and be required to interact with him at required work-related functions.   An HR employee collected her contact information and told her that the head of HR would contact her to discuss her concerns. However, no one from HR or Defendant ever contacted Plaintiff to discuss her concerns or investigate those concerns.

16.     Then, on January 11, 2020, Mr. Brooks confronted Plaintiff about her communication with Human Resources.   He scolded her for going to HR and sternly told her she should come to him with her concerns, not HR or any other managers, even though she had and the matter had not been resolved.

17.     On January 17, 2020, Plaintiff had an unpleasant encounter with a drunk patron while working the Beer Tub alone.   The drunk female patron began shouting profanities at Plaintiff and calling her a "Bitch" when she told the patron about the company policy forbidding guests from charging their phones next to the Beer Tub.   Plaintiff attempted to get Bottled Blonde's security's attention to handle the situation and remove the patron.   Because of the very loud music, she had to yell.   Mr. Brooks happened to be walking by while she was shouting at security.   Incredibly, he accused her of interacting inappropriately with a guest.   Brooks had not witnessed the entire encounter and had not heard what was being said by the patron.   When Plaintiff tried to explain, he refused to listen.   Soon afterwards, she was told the Beer Tub was being closed early, and she was sent

1172620.1

home but asked to come in early for her next shift.

18. Incredibly, the next day, January 18, 2020, Plaintiff was fired at Mr. Brooks' direction for false and pretextual reasons. The Bar Manager who fired her claimed it was because of the previous night's incident, even though she had never been disciplined before. The Bar Manager acknowledged he did not agree with the decision to fire her but was simply following Mr. Brooks' orders. Mr. Brooks refused to speak with Plaintiff and told the Bar Manager he did not want to speak with her.

19. On March 12, 2020, Plaintiff timely filed a charge of sex and retaliation discrimination with the Equal Employment Opportunity Commission (EEOC).

20. The EEOC issued its notice of right to sue thereafter. (A copy of the Notice is attached and incorporated as Exhibit 1.)

21. Plaintiff is damaged by the wrongful acts of Defendant and its agents herein alleged, which damage includes, without limitation, the following:

    a.    Lost salary and employment benefits due Plaintiff at the time of her discharge and since her discharge;

    b.    Injury to Plaintiff's long-term employment and career possibilities and income potential flowing from the discriminatory and wrongful conduct by Defendant and its agents from the period of underemployment she experienced since Defendant's illegal conduct; and

1172620.1

c.   Injury from humiliation, trauma, extreme stress, depression and physical and mental pain and anguish.

22.   The willful and wanton misconduct on the part of Defendant is such that it justifies an award of punitive damages.

23.   All prerequisites to Plaintiff filing suit have been met.

24.   All allegations of this Complaint are incorporated into the claim for relief in this Complaint.

### FIRST CLAIM FOR RELIEF
### (Disparate Treatment in Violation of Title VII)

25.   Plaintiff is a member of a protected class (female).  The acts and conduct of Defendant, as alleged above, were in violation of Title VII's prohibition on sexual harassment.

26.   Plaintiff timely filed a charge of discrimination and retaliation.  The EEOC issued its Notice of Right to Sue thereafter.  (Exhibit 1).

27.   Plaintiff is damaged by Defendant's violations of Title VII as hereinabove alleged or as proven at trial.

### SECOND CLAIM FOR RELIEF
### (Retaliation in Violation of Title VII)

28.   Defendant intentionally, knowingly and maliciously or, in the alternative, in reckless disregard of Plaintiff's federally protected rights, retaliated against Plaintiff after she reported her good faith concerns of sexual harassment.

1172620.1

29.     As a proximate result of Defendant's wrongful conduct, Plaintiff has been damaged as alleged herein or as proven at trial.

WHEREFORE, Plaintiff requests Judgment in her favor and against Defendant as follows:

A.     For all injunctive and declaratory relief necessary, including a declaration that Defendant's conduct violated Title VII and enjoining Defendant from conduct violating Plaintiff's rights;

B.     For actual, consequential and incidental damages as alleged herein or as determined at trial;

C.     For punitive damages;

D.     For Plaintiff's attorneys' fees and costs incurred in this matter pursuant to Title VII and any other applicable statute, rule or regulation;

E.     For interest on each element of damage, cost or attorneys' fees at the highest legal rate from the date of such damage, cost or attorneys' fees was incurred until paid; and

F.     For such other and further relief as the Court deems just and proper.

DATED this 14th day of September, 2020.

SHIELDS PETITTI, PLC

By Michael J. Petitti, Jr.
    Michael J. Petitti, Jr.
    Paige C. Pataky
    5090 N. 40th Street, Suite 207
    Phoenix, AZ 85018
    *Attorneys for Plaintiff*

1172620.1

# EXHIBIT 1

1172620.1

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Carli Cox<br>4848 N. Goldwater Blvd., Apt 2038<br>Scottsdale, AZ 85251 | From: | Phoenix District Office<br>3300 North Central Ave<br>Suite 690<br>Phoenix, AZ 85012 |
|---|---|---|---|

| | ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2020-02394 | Patricia A. Miner,<br>Supervisory Investigator | (602) 661-0040 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

| Enclosures(s) | *Elizabeth Cadle,*<br>Elizabeth Cadle,<br>District Director | 8/26/2020 |
|---|---|---|
| | | (Date Mailed) |

cc:
Director
Human Resources
EVENING ENTERTAINMENT GROUP
4440 N. Civic Center Plaza
Scottsdale, AZ 85251

Michael J. Petitti, J.
SHIELDS PETITTI P.C
5090 N. 40th St., Ste
Phoenix, AZ 85018

RECEIVED
AUG 28 2020

# EXHIBIT D

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
9/14/2020 3:09:54 PM
Filing ID 12000341

Person/Attorney Filing: Michael Petitti
Mailing Address: 5090 N. 40th Street, Suite 207
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)718-3330X5001
E-Mail Address: mjp@shieldspetitti.com
[ □ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011667, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

Carli Cox
Plaintiff(s),
v.

Evening Entertainment, L.L.C.
Defendant(s).

Case No.        CV2020-011169

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.


RESPECTFULLY SUBMITTED this


By: Michael Petitti /s/
    Plaintiff/Attorney for Plaintiff

# EXHIBIT E

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
9/17/2020 1:10:13 PM
Filing ID 12013286

1   **SHIELDS PETITTI, PLC**
    **Michael J. Petitti, Jr. – 011667**
2   **Paige C. Pataky – 029951**
    **5090 N. 40th Street, Suite 207**
3   **Phoenix, Arizona 85018**
    **Telephone: (602) 718-3330**
4   **Facsimile: (602) 675-2356**
    **E-Mail: mjp@shieldspetitti.com**
5   **E-Mail: pcp@shieldspetitti.com**

6   Attorneys for Plaintiff

7

8               **SUPERIOR COURT OF THE STATE OF ARIZONA**

9                        **COUNTY OF MARICOPA**

10  CARLI COX,                              No. CV2020-011169

11                  Plaintiff,

12          v.                              **DEMAND FOR JURY TRIAL**

13

14  EVENING ENTERTAINMENT, L.L.C.,

15                  Defendant.

16

17

18          Plaintiff hereby demands a trial by jury of any issue triable of right by a jury,

19  pursuant to Rule 38, *Arizona Rules of Civil Procedure*.

20          DATED this 17th day of September, 2020.

21

22                                      SHIELDS PETITTI, PLC

23                                      By Michael J. Petitti, Jr.
24                                         Paige C. Pataky
25                                         5090 N. 40th Street, Suite 207
                                           Phoenix, AZ 85018
26                                         *Attorneys for Plaintiff*

27

28  1173378.1

# EXHIBIT F

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
9/14/2020 3:09:54 PM
Filing ID 12000340

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

**Plaintiff's Attorneys:**
Michael Petitti - Primary Attorney
Bar Number: 011667, issuing State: AZ
Law Firm: Shields Petitti, PLC
5090 N. 40th Street, Suite 207
Phoenix, AZ 85018
Telephone Number: (602)718-3330X5001
Email address: mjp@shieldspetitti.com

Paige C. Pataky
Bar Number: 029951, issuing State: AZ
Law Firm: Shields Petitti, PLC
Telephone Number: (602)718-3333

**Plaintiff:**
Carli Cox
6705 E. 1st Avenue
Scottsdale, AZ 85251
Telephone Number: (925)470-7781
Email address: coxmcarli@yahoo.com

**Defendant:**
Evening Entertainment, L.L.C.
c/o Donald Alvarez, Statutory Agent 15205 N. Kierland Blvd., #200
Scottsdale, AZ 85254

Discovery Tier t2

Case Category: Other Civil Case Categories
Case Subcategory: Employment Discrimination

**CV2020-011169**

# EXHIBIT G

JEFF FINE CLERK

FILED
BY A. VALENZUELA, DEP



20 SEP 25  AM 9: 41

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Carli Cox | **CASE NO.** CV2020-011169 |
| v. | |
| Evening Entertainment, LLC | **AFFIDAVIT OF SERVICE OF PROCESS** |

  I, THE Affiant, certify under penalty of perjury that I am fully qualified to serve process in this case, having been so appointed by the Court that I have received and served the following documents in the manner set forth below.

  On September 23rd 2020 I received from Shields Petitti, PLC a Summons; Complaint; Certificate of Compulsory Arbitration; Demand for Jury Trial to be served upon Evening Entertainment, LLC c/o Statutory Agent Donald R. Alvarez at Radix Law at 15205 N. Kierland Blvd. #200, Scottsdale, AZ 85254.

  On September 24th 2020 at 12:25 pm, I personally hand-delivered said documents to Statutory Agent Donald R. Alvarez a person authorized to accept service on behalf of Evening Entertainment, LLC at Radix Law at 15205 N. Kierland Blvd. #200, Scottsdale, AZ 85254.

  I certify under penalty of perjury that the foregoing is true and correct.

Dated this 25th day of September, 2020

Affiant: John Root – Central Courier
Certified: Maricopa County

# EXHIBIT H

<div style="line-height:1.2">

1   Monica M. Ryden (State Bar No. 023986)
    **JACKSON LEWIS P.C.**
2   2111 East Highland Avenue, Suite B-250
3   Phoenix, AZ  85016
    Telephone: (602) 714-7044
4   Facsimile: (602) 714-7045
5   monica.ryden@jacksonlewis.com

6   Attorneys for Defendant

</div>

<div align="center">

**ARIZONA SUPERIOR COURT**

**MARICOPA COUNTY**

</div>

| | |
|---|---|
| Carli Cox, | Case No.: cv2020-011169 |
|        Plaintiff, | |
|    v. | **NOTICE OF FILING**<br>**NOTICE OF REMOVAL** |
| Evening Entertainment Group, L.L.C. | |
|        Defendant. | |

**TO:   CLERK OF COURT, SUPERIOR COURT OF THE STATE OF ARIZONA, COUNTY OF MARICOPA:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. Defendant Evening Entertainment Group, L.L.C. ("Defendant") serves this Notice that it has filed a Notice of Removal of the above-captioned action from this Court to the United States District Court for the District of Arizona.  A true and correct copy of the Notice of Removal is attached as **Exhibit 1** and is incorporated by reference.   As provided in 28 U.S.C. § 1446(d), this Notice effects the removal of this action, and this Court shall proceed no further unless and until this case is remanded.

<div align="center">1</div>

DATED October 22, 2020.

**JACKSON LEWIS P.C.**

By:/s/ Monica M. Ryden
    Monica M. Ryden
    Attorneys for Defendant

1

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 22, 2020, I electronically transmitted this

3

4

document to the Clerk's Office using the AZTurboCourt System for filing, and sent a

copy via e-mail and U.S. Mail to:

5

6

7

8

9

10

Michael J. Petitti, Jr.
Paige C. Pataky
Shields Petitti, PLC
5090 N. 40th Street, Suite 207
Phoenix, AZ  85018
mjp@shieldspetitti.com
pcp@shieldspetitti.com

11

12

By: /s/ Susan Johnson

13

4833-2942-1007, v. 1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3